◼ Yeremia Maroutian, Appellant, v Jacob Fuchs, Defendant, and Games and Economic Behavior, Respondent. [998 NYS2d 630]—

Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered June 12, 2013, which granted defendant Games and Economic Behavior's motion pursuant to CPLR 3211 (a) (7) to dismiss the complaint as against it, unanimously affirmed, without costs.

The complaint fails to identify any work published by defendant Games and Economic Behavior which allegedly derived from plaintiff's work. Accordingly, even read liberally and accepting the facts alleged as true, the complaint fails to state a cause of action (*see Leon v Martinez*, 84 NY2d 83, 87-88 [1994]). Concur—Mazzarelli, J.P., Renwick, DeGrasse, Richter and Clark, JJ.